**Matthew Borden**, *pro hac vice* application pending
borden@braunhagey.com
**J. Noah Hagey**, *pro hac vice* application pending
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, *pro hac vice* application pending
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>**CITY OF PORTLAND**, a municipal corporation; and **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert,<br><br>       Defendants. | Case No. 3:20-cv-1035-SI<br><br>**DECLARATION OF MATHIEU LEWIS-ROLLAND REGARDING EVENTS OF JULY 12, 2020** |

PAGE 1 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

I, Mathieu Lewis-Rolland, declare:

1. I am an Oregon resident who lives in the City of Portland. I am a freelance photographer and photojournalist who has covered the ongoing Portland protests. I am a plaintiff in this case and helped secure a temporary restraining order from the Court protecting journalists and legal observers from being targeted by the Portland Police Bureau and other police agencies working with PPB. If called as a witness, I could, and would, testify competently to the facts below.

2. I covered the protests in downtown Portland on the night of July 11 into the early morning of July 12, 2020.

3. I was present in a journalistic capacity. I carried a large Nikon D850 DSLR camera attached to a 85mm lens. My cellphone was attached to the hotshoe on top of my camera. Because I knew that the Court had ordered the police to stop using violence against journalists and legal observers, I wore a t-shirt that said "PRESS" in big block letters on both sides.

4. At the time the following events took place, I was taking care to remain in a well-lit area so that the police could read my shirt, and so that it would be clear I was there only to document the protesters and their interaction with police and federal officials. I did not participate in the protests.

5. A true and correct copy of a video that I livestreamed from my cellphone to Facebook starting at 1:54 a.m. on July 12 is available at the following URL: https://www.facebook.com/MathieuLewisRolland/videos/10218671503762415/. It accurately depicts the events recounted below.

6. At the beginning of the video, I was on SW 3rd Avenue in front of the federal courthouse, facing north. A company of federal troops was emerging from the courthouse, shooting tear gas and impact projectiles at protesters in Lownsdale Square.

7. At 0:12-0:14, an officer shouting "GET BACK, GET BACK!" shoved me with his gun. In the video, his shadow is visible on the ground. I moved back, but continued my video.

PAGE 2 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

8.   At 0:43-0:48, I turned to the south and realized that federal troops were streaming out of the Justice Center as well as the federal courthouse. At this point there were 50-100 federal troops all around me. This is a large number; I usually see, at the most, only 20-30 federal troops on any given night.

9.   At 1:05-1:07, a federal agent in a black uniform raised his gun, aimed it directly at me, and then lowered it again. I shall refer to this agent as Agent Doe in the rest of this declaration. Agent Doe's uniform had the words "POLICE DHS" over his left breastpocket and a shield on his right shoulder that said "Federal Protective Service." This is a true and correct copy of a photograph that I captured with my Nikon camera of Agent Doe aiming at me:



10.   After this, I began moving west, in the direction the troops were pushing everyone. I remained to the south of the crowd to avoid being mistaken for a part of it, and I continued documenting the events taking place.

11.   By 2:55 in the video, I had moved almost all the way to SW 4th Avenue, well past what I understand is the extent of federal property. Agent Doe and several other federal agents

PAGE 3 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

continued to push protesters and everyone else westward. This is a true and correct copy of a photograph I took of Agent Doe with my Nikon camera at around the same time as 2:55 in the video:



12. At 3:07-3:08 in the video, Agent Doe can be seen on the right side of the frame taking aim at me. I was not aware that he was doing so at the time.

13. At 3:10-3:11 in the video, around 1:58 a.m., I turned so that my right side was facing Agent Doe. At that point, I was shot 10 times from Agent Doe's direction. I was hit on my right elbow, the right side of my torso, and my back. The areas where I was shot are all above my waist. At the time I was shot, I was photographing what other officers and protesters were doing. I was not posing any type of threat to Agent Doe or anyone else. I was not even facing him.

PAGE 4 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

14.    This is a true and correct copy of a photograph of my right side on the evening of July 12, 2020. It shows one large laceration and two smaller contusions:



15.     The following is a true and correct copy of a photograph of my right elbow, taken at the same time, showing one laceration on my elbow:



PAGE 6 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

16. The following is a true and correct copy of a photograph of my left side, showing two large lacerations on my back and four smaller contusions on my left side:



PAGE 7 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

17. Later, I returned to the intersection where I was shot and recovered three hard plastic rounds that are either the rounds that hit me or very similar. This is a true and correct copy of a photograph I took of those rounds:



PAGE 8 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020

18. The bullets I was hit with were so hard, and were shot with such velocity, that they ripped my shirt in at least two places. This is a true and correct copy of a photograph of my shirt showing the two rips:



I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: July 13, 2020

DocuSigned by:

Mathieu Lewis-Rolland
7A4B2344D6DD4CD...

Mathieu Lewis-Rolland

PAGE 9 – DECLARATION OF MATHIEU LEWIS-ROLLAND RE: JULY 12, 2020