**Matthew Borden**, Admitted *pro hac vice*
borden@braunhagey.com
**J. Noah Hagey**, Admitted *pro hac vice*
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, Admitted *pro hac vice*
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**CITY OF PORTLAND**, a municipal corporation; **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. MARSHALS SERVICE**,<br><br>　　　　　Defendants. | Case No. 3:20-cv-1035-SI<br><br>**DECLARATION OF JUSTIN YAU IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. MARSHALS SERVICE** |

PAGE 1　　DECLARATION OF JUSTIN YAU ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

I, Justin Yau, declare:

1. I am an Oregon resident who lives in the City of Portland. I am a student at the University of Portland studying communications under the G.I. Bill, with a focus on journalism; before that, I served in the U.S. Army, where I was deployed to the Middle East in support of Operation Inherent Resolve. I have covered protests in Hong Kong and Portland. My work has been published in the *Daily Mail*, *Reuters*, *Yahoo! News*, *The Sun*, *Spectee* (a Japanese news outlet), and msn.com. I have attended the protests in Portland as a freelance and independent journalist for the purpose of documenting and reporting on them.

2. In the early morning of July 15, I was covering the protests in downtown Portland outside the Justice Center and Hatfield Courthouse. I was taking photographs with my Nikon D3100 DSLR camera with an 18-55mm lens. I was also filming with a gimbal camera and my cellphone. I was wearing a high-visibility vest that said "PRESS" in large block letters and a helmet that said "PRESS" in large block letters. I also had a press pass around my neck.

PAGE 2   DECLARATION OF JUSTIN YAU ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

3.     The following is a true and correct photograph of the helmet and vest I was wearing:



4.     A few minutes before 4:00 a.m., I was filming and photographing a small crowd of protesters at the intersection of SW 3rd Avenue and SW Main Street being pushed north by

PAGE 3     DECLARATION OF JUSTIN YAU ISO MOTION FOR TRO AGAINST
            FEDERAL DEFENDANTS

federal agents. The crowd was largely in the street, with a few members on the sidewalk. Federal agents were firing on them with flash-bang grenades, pepper balls, and tear gas.

5.      I was standing as far from the crowd as was possible while still reporting effectively. The police and federal agents in Portland have made me very fearful for my safety, so I usually try to stand far away, both to remain out of the line of fire and to make clear that I am not one of the protesters. From the perspective of the officers, I was on their far left, in the park, about 40 feet away from the main crowd and 150 feet away from the federal agents.

6.      Nevertheless, a federal agent fired a tear-gas canister from a grenade launcher directly at me. Two burning fragments of the canister struck me, one on my leg and one on my arm. At that point, I shook them off and ran away until I was sure I was alright.

7.      I have covered protests in Hong Kong, where a totalitarian regime is suppressing protesters with brutal violence. Even Hong Kong police, however, were generally conscientious about differentiating between press and protesters—as opposed to police and federal agents in Portland.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: July 17, 2020

DocuSigned by:

*Justin Yau*

E5C1188F5F92400...

Justin Yau

PAGE 4      DECLARATION OF JUSTIN YAU ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS