**Matthew Borden**, admitted *pro hac vice*
borden@braunhagey.com
**J. Noah Hagey**, admitted *pro hac vice*
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, admitted *pro hac vice*
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated, <br><br>  Plaintiffs, <br><br>  v. <br><br> **CITY OF PORTLAND**, a municipal corporation; **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. MARSHALS SERVICE**, <br><br>  Defendants. | Case No. 3:20-cv-1035-SI <br><br> **DECLARATION OF JOHN RUDOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. MARSHALS SERVICE** |

PAGE 1    DECLARATION OF JOHN RUDOFF ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

I, John Rudoff, declare:

1. I am an Oregon resident who lives in the City of Portland. I am a photojournalist. My work has been published nationally and internationally, including my extensive reporting from many areas of urban civil conflict. Since this lawsuit began, I have been published in *Rolling Stone*, *The Nation*, and on the front page of the July 18, 2020 national edition of the *New York Times*. I have attended the protests in Portland over the last two months for the purpose of documenting and reporting on them. If called as a witness, I could, and would, testify competently to the facts below.

2. I am a plaintiff in this case and helped secure a temporary restraining order from the Court protecting journalists and legal observers from being targeted by the Portland Police Bureau and other police agencies working with PPB. Before the restraining order, I had stopped attending protests out of fear that the police might injure me. I began attending protests again after the Court issued its restraining order because I believed that the Court's order would protect me.

3. On the night of July 19, I was reporting on the protests in downtown Portland in front of the Hatfield Courthouse. I was using two large professional cameras: one Canon 5D Mark IV with a 24-70mm lens, and another Canon 5D Mark IV with a bright white 70-200mm lens. I was wearing a 4x6" laminated press credential issued by the National Press Photographers' Association, the largest and oldest body of professional photojournalists in the United States. I was also wearing a vest that said "PRESS" in big block letters and a helmet that also said "PRESS" in big block letters.

PAGE 2   DECLARATION OF JOHN RUDOFF ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

DocuSign Envelope ID: DE76B469-8C75-49AC-85E4-B1F046627494

4. The following is a true and correct copy of a photograph of the helmet and vest I was wearing on the night of July 19:



PAGE 3   DECLARATION OF JOHN RUDOFF ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

5. The following is a true and correct copy of a photograph of my press credential, which I was also wearing on the night of July 19:



6. Around 11:50 p.m., I was documenting federal agents as they were exiting the courthouse shooting tear gas and other munitions. I was standing in an open, well-lit area, and to my memory there were very few people in my immediate vicinity. I was not near an arrest or a skirmish line.

PAGE 4    DECLARATION OF JOHN RUDOFF ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

7. Suddenly, and for no reason, a federal agent shot me in my right shoulder, inches from my head. Based on the contusion, I believe it was a 40mm rubber bullet. The pain was so bad that I had to retreat into the park and stop documenting for around 15 minutes while I recovered. As of this writing, the bruise is black and blue and tender to the touch.

8. I am also aware that federal agents have targeted and severely injured many other journalists and legal observers since they began operations in Portland, including my co-plaintiff Mathieu Lewis-Rolland.

9. I would like to continue attending and documenting the protests, especially now that they have taken on national significance, because I believe it is vitally important that the actions of federal agents, police, and protesters be documented. I am fearful, however, that federal agents will injure me even more severely than they did on the night of July 19.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: July 20, 2020

DocuSigned by:

*John Rudoff*

3025C40803784B6...

John Rudoff

PAGE 5    DECLARATION OF JOHN RUDOFF ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS