**Matthew Borden**, admitted *pro hac vice*
borden@braunhagey.com
**J. Noah Hagey**, admitted *pro hac vice*
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, admitted *pro hac vice*
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>**CITY OF PORTLAND**, a municipal corporation; **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. MARSHALS SERVICE**,<br><br>           Defendants. | Case No. 3:20-cv-1035-SI<br><br>**DECLARATION OF JUNGHO KIM IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. MARSHALS SERVICE** |

PAGE 1     DECLARATION OF JUNGHO KIM ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

I, Jungho Kim, declare:

1. I am a California resident who lives in the City of San Francisco. I am a freelance photojournalist. My work has been published in the *San Francisco Chronicle*, *CalMatters*, and other outlets. I attended the Portland protests for the first time on the night of July 19, 2020. If called as a witness, I could, and would, testify competently to the facts below.

2. I was clearly marked as press. I wore a reflective neon yellow vest with a large reflective white stripe that said "PRESS" in big block letters, as well as a white helmet with reflective patches on the sides that said "PRESS" on the front and rear. I also wore a press pass issued by the National Press Photographers' Association, the largest and oldest body of professional photojournalists in the United States. I was using a professional Sony A9 camera with a 35mm lens.

3. I have covered protests in Hong Kong and the Bay Area, and I know how to conduct myself as a journalist during protests. I never, ever take part in the protests and have never uttered a chant. When the police are dispersing a crowd, I know to get out of the way and do my work from the side. Because I follow these principles, I have never been shot by the authorities in Hong Kong or the Bay Area. The federal agents who shot me last night are a different story.

4. After the fence outside the federal courthouse had been taken down, federal agents came outside to disperse the crowd. They were firing tear-gas canisters, pepper bullets, and other munitions. Because of my experience, I knew to move to the side.

5. Federal agents pushed protesters all the way to the west side of the park. I stayed parallel with them for a while, but wanted a photo from the rear, so I let them get ahead of me. This group of agents got as far as 10 meters in front of me. Another group of agents was setting up a defensive position 20-30 meters away.

PAGE 2    DECLARATION OF JUNGHO KIM ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

6. This is a true and correct copy of a photograph I took around this time. It accurately depicts the distance from me to the nearest group of officers:



7. Suddenly, without warning or reason, an agent shot me in the chest with a pink marker round. It did not hurt me, because I was wearing a ballistic vest, but it hit me directly below the heart. That is an unacceptable use of force for almost any round intended to be less than lethal. I do not believe it was an accident, either, because I was stationary and there were no protesters around me that agents might have been aiming at.

PAGE 3    DECLARATION OF JUNGHO KIM ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

8. This is a true and correct copy of a photograph I took of my torso area immediately after the federal agents shot me:



PAGE 4     DECLARATION OF JUNGHO KIM ISO MOTION FOR TRO AGAINST FEDERAL DEFENDANTS

9. This is a true and correct copy of a photograph I took of some type of munition fired into and exploding in the middle of a group consisting mostly of press and NLG legal observers:



10. I would like to continue attending and documenting the protests. That is my job, and I have been able to do it in other places, including Hong Kong, without being willfully and maliciously shot. I am fearful, however, that U.S. federal agents will continue to target me and possibly injure me to a much greater extent than they did on this occasion.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: July 21, 2020

DocuSigned by:

Jungho Kim

5FD88025A4914E6...

Jungho Kim

PAGE 5    DECLARATION OF JUNGHO KIM ISO MOTION FOR TRO AGAINST
         FEDERAL DEFENDANTS