ETHAN P. DAVIS
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
DAVID M. MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
JEFFREY A. HALL
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS, LLC, *et al.*, <br><br>    Plaintiffs. <br><br>    v. <br><br> CITY OF PORTLAND, *et al.*, <br><br>    Defendants. | Case No. 3:20-cv-1035-SI <br><br> **NOTICE OF APPEARANCE OF ANDREW WARDEN** |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that ANDREW I. WARDEN, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of Defendants U.S. Department of Homeland Security and U.S. Marshals Service in this action.

Dated:  July 21, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

/S/ *Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel

JEFFREY A. HALL
JORDAN L. VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470
Email:  Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

NOTICE OF APPEARANCE – 1