Official website of the Department of Homeland Security

 U.S. Department of Homeland Security

# Acting Secretary Wolf Condemns The Rampant Long-Lasting Violence In Portland

Release Date:  July 16, 2020

"The city of Portland has been under siege for 47 straight days by a violent mob while local political leaders refuse to restore order to protect their city. Each night, lawless anarchists destroy and desecrate property, including the federal courthouse, and attack the brave law enforcement officers protecting it.

"A federal courthouse is a symbol of justice - to attack it is to attack America. Instead of addressing violent criminals in their communities, local and state leaders are instead focusing on placing blame on law enforcement and requesting fewer officers in their community. This failed response has only emboldened the violent mob as it escalates violence day after day.

"This siege can end if state and local officials decide to take appropriate action instead of refusing to enforce the law. DHS will not abdicate its solemn duty to protect federal facilities and those within them. Again, I reiterate the Department's offer to assist local and state leaders to bring an end to the violence perpetuated by anarchists," said Acting Secretary Chad Wolf

Below is a snapshot of the lawless destruction and violence of the past several weeks that Department of Homeland Security and its subcomponents of Immigration and Customs Enforcement, Customs and Border Protection, and Federal Protective Service have faced:

05/29/2020

- Violent anarchists broke a front window at the Hatfield Courthouse.
- Violent anarchists graffitied the Hatfield Courthouse.
- Overall, the cost of damages on federal property done by the violent mob this first night was estimated at $5,000.

05/30/2020

- Violent anarchists graffitied the BPA Building.
- Violent anarchists graffitied the Hatfield Courthouse.
- Violent anarchists graffitied the Edith Green-Wenell Wyatt Building.
- Violent anarchists graffitied the Terry Schrunk Plaza.
- Violent anarchists graffitied the 911 Federal Building.
- Violent anarchists graffitied the Pioneer Courthouse.
- Violent anarchists graffitied the Gus J. Solomon Courthouse.

06/01/2020

- Violent anarchists graffitied the Hatfield Courthouse.
- Violent anarchists graffitied Terry Schrunk Plaza.
- Violent anarchists graffitied The Pioneer Courthouse.
- Violent anarchists graffitied The Gus J Solomon Courthouse.

06/02/2020

- Violent anarchists graffitied the U.S. Custom House.

06/06/2020

- Violent anarchists destroyed fencing surrounding federal property.

06/07/2020

- Violent anarchists damaged and breached the fence around the Hatfield Courthouse.

- Portland Police were forced to deploy crowd control spray to disperse a crowd that was throwing animal seed at officers.

06/08/2020

- Violent anarchists broke a window at the Hatfield Courthouse while pelting the building with objects.
- Violent anarchists cut a hole in the fence surrounding Hatfield Courthouse.

06/10/2020

- Violent anarchists removed the entire fence around Hatfield Courthouse and graffitied its front columns.
- Violent anarchists attempted to remove wooden barriers from a window on the Hatfield Courthouse.

06/11/2020

- Violent anarchists dismantled a section of the fence protecting the Edith Green-Wenell Wyatt Federal Building.

06/13/2020

- Violent anarchists destroyed the card reader at the Hatfield Courthouse by ripping it off its mount.
- Violent anarchists destroyed the fence at the Hatfield Courthouse.
- Violent anarchists threw metal pipes at the Hatfield Courthouse, causing Portland Police to issue a disbursal warning for unlawful assembly.

06/17/2020

- Violent anarchists graffitied the Hatfield Courthouse.

06/20/2020

- Among a group of over 400 protesters marching in front of the Pioneer Courthouse, violent anarchists attempted to cause eye damage to officers with commercial grade lasers.
- Violent anarchists graffitied the Gus J. Solomon Courthouse.

06/25/2020

- Violent anarchists vandalized an FPS camera at the Hatfield Courthouse.
- Violent anarchists breached the fence of the Justice Center, adjacent to the courthouse.

06/30/2020

- Violent anarchists ripped down plywood covering the windows at the Edith Green-Wenell Wyatt Building, before breaking the windows.

7/01/2020

- Violent anarchists graffitied new plywood covering the windows at the Hatfield Courthouse and ripped down plywood on the other side of the building.
- A group of over 200 violent anarchists blocked access to the building and proceeded to launch aerial fireworks at federal property.

07/02/2020

- Violent anarchists broke a front window to the Hatfield Courthouse and attempted to enter the building.
- Violent anarchists refused orders to vacate the Hatfield Courthouse area, and instead launched fireworks and threw objects at officers, while attempting to cause eye damage with lasers. One explosive firework was shot into the courthouse.
- FPS law enforcement officers were forced to utilized crowd control measures for safety.

07/03/2020

- After ongoing riots around the Hatfield Courthouse, crowds were dispersed only to make a return later into the night.
- Violent Anarchists broke the front window of the Hatfield U.S. Courthouse and shot fireworks into the building.
- Violent anarchists firebombed the building. Federal law enforcement extinguished the fire.

07/04/2020

- Around 1,000 violent anarchists spray painted, threw rocks, and shot fireworks (including mortar style fireworks) at the Hatfield Courthouse. They also destroyed a security camera at the facility.
    - A CBP team supporting FPS at the courthouse arrested suspects from the graffiti and camera vandalism incidents.
    - The mob continued to throw rocks and paint-filled balloons, while attempting to breach the doors.
    - Teams were forced to utilize crowd control measures for safety.
- Multiple individuals were seen carrying rifles, including the driver of a vehicle who attempted to strike a Portland Police Bureau officer with his car in front of the Hatfield Courthouse.

07/05/2020

- A hostile crowd of about 250 violent anarchists returned to the vicinity of Hatfield Courthouse to vandalize and attack numerous facilities and police, while failing to comply with dispersal order.
- Violent anarchists surrounded and blocked law enforcement from the area as extremists proceeded to attack police with thrown projectiles and large mortar style fireworks.
- Two Portland Police Bureau officers were injured by the crowd (possible concussion).
- Portland Police Bureau took five into custody for directing lasers against aircraft.
- Violent anarchists set fires in front of Hatfield Courthouse and Chapman park.

- At the entrance of Hatfield Courthouse, Violent Anarchists fired large fireworks and threw other dangerous objects toward the entrance and the personnel protecting it.
- The mob was pushed completely out of the area of Hatfield Courthouse; FPS made two arrests during push.
- Portland Police made multiple arrests and found a loaded weapon on one subject.
- Two more violent anarchists were arrested, and one was found to be carrying what appears to be a pipe bomb.
- Violent anarchists assaulted construction crews by targeting them with fireworks while they repaired Hatfield Building.
- A joint team had to be deployed to create buffer between violent anarchists and construction crew to protect construction workers.

07/06/2020

- Violent anarchists attempted to cause vision damage to personnel with lasers. Five arrests were made for assaulting law enforcement.

07/07/2020

- Violent anarchists held a "Night of Rage," in which a 400-500-person protest devolved into riots, assaulting law enforcement officers and federal property.
- Approximately 200 violent anarchists began pursuing law enforcement officers to disrupt enforcement actions, assaulting them with rocks and bottles.
- Around 150 violent anarchists in front of the Justice Center began attacking personnel with lasers and peppered the area with fireworks.
- Three violent anarchists were arrested for attacking law enforcement.

07/08/2020

- Approximately 200 violent anarchists attacked DHS law enforcement officers while apprehending a subject who was wanted for property damage.
- One arrest was made after three law enforcement officers were injured.

- Law enforcement officers' personal information was publicly exposed, including FPS, ICE, and CBP personnel.
- Violent anarchists continued to attack officers with lasers.

07/09/2020

- Violent anarchists attacked DHS law enforcement officers while apprehending a subject who was wanted for property damage.
- A violent anarchist graffitied the Hatfield courthouse.
- An unidentified subject fired several shots from a gun into the air from the rear seat of a passing white SUV.

07/10/2020

- Crowds of approximately 300 violent anarchists vandalized federal property and cameras with spray paint, blocked roadways, and assaulted law enforcement officers.
- Three were arrested for Assault on a Federal Officer.
- Violent anarchists attempted to ambush Portland Police Department PD during their shift change, but a DHS team was deployed and able to prevent any attacks.

07/11/2020

- DHS law enforcement officers supported local police to help a violent anarchist who overdosed.
- Four violent anarchists were arrested, including one who attempted to assault an officer with a hammer.
- Violent anarchists sieged the barricade of the courthouse and tried to damage it with a large hammer.
- A law enforcement officer was assaulted with blows from a hammer. Violent anarchists fought officers while they were arresting those responsible.

07/12/2020

- Six violent anarchists were detained and cited.

- A mob of 300 refused to comply with directions not to trespass on federal property.
- Another mob of 200 individuals armed with sledgehammers, tasers and/or stun guns, gathered in Chapman Park across from the Hatfield Courthouse.
- Violent anarchists launched fireworks, threw fecal matter and large objects, and pointed lasers at federal law enforcement officers.
- Violent anarchists deployed a plywood blockade while graffitiing the Edith Green-Wenell Wyatt Federal Building, before firing wrist rockets at the facility.
- When an arrest team was deployed to apprehend a rioter who encroached on a police barrier and refused to leave, they were assaulted by violent anarchists.
- A rioter trespassed on the steps of the Hatfield Courthouse and was confronted by federal law enforcement Officers, then swallowed a large amount of narcotics. Law enforcement called medical services after the individual started to convulse.
- Despite more orders to stay off of federal property and to cease unlawful activity, FPS was forced to push back violent anarchists. The Portland Police Bureau declared the mob an unlawful assembly.

07/13/2020

- Violent anarchists released personal information of federal law enforcement officers to the public, publishing names of those in Portland.
- Violent anarchists continued to assault law enforcement officers with lasers, slingshots and fireworks. Others were armed with sledge hammers, tasers, and stun guns, and dragged flaming debris into the scene.

07/14/2020

- Violent anarchists set a container of liquid on fire at the Terry Schrunk Plaza.
- Violent anarchists jumped a fence and attempted to breach the Edith Green Federal Building.

- Violent anarchists assaulted federal law enforcement officers with cans and other hard objects while they attempted to unblock the entrance of the Edith Green Federal Building.

07/15/2020

- Violent anarchists doxed members of federal law enforcement.
- Violent anarchists attempted to damage the Hatfield Courthouse by throwing objects at it and spray painting it. Numerous fireworks were also lit.
- Violent anarchists trespassed on federal property and destroyed a card reader at the Justice Center.

Topics:  Secretary of Homeland Security (/topics/secretary-homeland-security)

Keywords:  Acting Secretary Chad Wolf (/keywords/acting-secretary-chad-wolf) , Law Enforcement (/keywords/law-enforcement)

Last Published Date: July 16, 2020