DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
YOUNGWOO JOH, OSB #164105
Assistant Deputy City Attorney
youngwoo.joh@portlandoregon.gov
Office of City Attorney
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS LLC, a Washington limited-liability company, dba PORTLAND MERCURY; DOUG BROWN; BRIAN CONLEY; SAM GEHRKE; MATHIEU LEWIS-ROLLAND; KAT MAHONEY; SERGIO OLMOS; JOHN RUDOFF; ALEX MILAN TRACY; TUCK WOODSTOCK; JUSTIN YAU;  and those similarly situated,<br><br>**PLAINTIFFS,**<br><br>v.<br><br>CITY OF PORTLAND, a municipal corporation; JOHN DOES 1-60, officers of Portland Police Bureau and other agencies working in concert; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. MARSHALS SERVICE,<br><br>**DEFENDANTS**. | Case No. 3:20-cv-1035-SI<br><br>CITY MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AGAINST FEDERAL DEFENDANTS |

The City of Portland hereby supports plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 54) against defendants U.S. Department of Homeland Security and U.S. Marshals Service (collectively, "federal defendants"), without prejudice to the City's own legal position and without waiving any of the City's defenses or potential legal or factual arguments in the present case.

Quite simply, the City objects to federal defendants targeting non-violent protesters, reporters, and legal observers. The City also strongly objects to the continued unlawful presence of heavily armed federal officers on Portland streets despite the City's repeated requests to the contrary. The actions of federal defendants are escalating violence, inflaming tensions in our City, and harming Portlanders who seek to engage in non-violent protests in support of racial justice. Serious and credible allegations have been made that the federal government has effectively kidnapped people off Portland streets, among other abuses of power. The force used by federal defendants has allegedly also resulted in at least one very serious injury to a person shot in the head with an impact munition. The City rejects the unlawful actions of federal defendants and believes that a temporary restraining order is necessary to prevent further abuses.

For those reasons, the City supports plaintiffs' Motion for Temporary Restraining Order against federal defendants.

Dated: July 22, 2020

Respectfully submitted,

/s/ Denis M. Vannier
DENIS M. VANNIER, OSB # 044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
NAOMI SHEFFIELD, OSB # 170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
RYAN C. BAILEY, OSB # 130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
YOUNGWOO JOH, OSB #164105
Assistant Deputy City Attorney
youngwoo.joh@portlandoregon.gov
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*