DECLARATION OF ▓▓▓▓▓▓▓▓▓▓ (CBP PAO #1)

I, ▓▓▓▓▓▓▓▓▓▓ (CBP PAO #1)[1], pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. I am a Public Affairs Specialist with the U.S. Department of Homeland Security, U.S. Customs and Border Protection. My office is in Washington, D.C.

3. From 20 July, 2020, to 27 July, 2020, as part of my assigned duties I traveled to Portland, Oregon, to photograph and video agency operations there.

4. Protests have been ongoing regularly since my arrival. These daily protests have regularly been followed by other activity in the form of vandalism, destruction of property, looting, arson, and assault.

5. Federal buildings and property including the Mark O. Hatfield Federal Courthouse, the Pioneer Federal Courthouse, the Gus Solomon Federal Courthouse, the Immigration and Customs Enforcement ("ICE") Building, and the Edith Green Wendell Wyatt Federal Office Building have been the targets of destruction. BORTAC SOG members are assaulted nightly by members of within the crowd of protestors.

6. On July 27, 2020, during a time period wherein assaults were occurring on federal officers, members of the crowd identifying as "PRESS" were standing among the individuals assaulting officers and agents. The below are true and accurate reflections of the images I capture on that day:



---

[1] I am uncomfortable disclosing my name in this Declaration because I am concerned about a doxing attack, where my name could be used by individuals with malicious intent to find personal information about me, such as my home address and the identities of my family members. I am willing to disclose my name to the Court provided the information is kept under seal.





7. On the same day, I observed an individual standing near others identifying themselves as "PRESS," or medics, holding an incendiary device, commonly called a "Molotov Cocktail."

8. On July 27, 2020 at approximately 1:05 a.m., I took a video of the individual in all black with a white mask standing near others identifying themselves as "PRESS," or medics, holding an incendiary device, commonly called a "Molotov Cocktail." The below is a true and correct reflection of the image on that day. On July 27, 2020 I executed a signed witness statement to the Department of Homeland Security, Federal Protective Service regarding the Molotov Cocktail thrown by the unnamed individual 7at 1:05 a.m.



9. On the same day, I photographed an individual with large handwritten markings on the back of his vest with "PRESS" who repeatedly shined a powerful flashlight at federal government helicopter flying overhead. He was not filming, taking notes, photographs or anything other than shining the light in an apparent attempt to distract or blind the pilots of the aircraft. I captured videos on that day. The below is a true and accurate reflections of the images on that day:





10. I have seen individuals identifying as journalists repeatedly, putting themselves between the agents and assaultive threats, which appear to place the agents in danger.

11. Based on my experiences in the courthouse and out in the streets around it, being next to the agents, officers and inspectors, they were not specifically targeting any journalists. They were targeting those who were throwing/shooting projectiles at them. Visibility was frequently low due to smoke and gas.

12. Many journalists are standing in the middle of violent groups assaulting agents, not off to the side or out of the way, making it difficult to lawfully disperse violent crowds.

I hereby declare under penalty of perjury that the foregoing DECLARATION OF ███ ███ is true and correct. Executed this 29th day of July 2020.

███

Public Affairs Specialist
U.S. Customs and Border Protection
Washington, DC HQ