DECLARATION OF ███████ (FPS BADGE NUMBER 824)

I, ███████ (FPS Badge No. 824)[1], pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. I am currently a law enforcement officer with the Federal Protective Service (FPS). My rank is Inspector. I have been a law enforcement officer with FPS for 5 years.

3. I have been deployed to Portland, Oregon in support of Operation Diligent Valor since July 7, 2020. Protests have been ongoing regularly in downtown Portland since May 26, 2020. These daily protests have regularly been followed by nightly criminal activity in the form of vandalism, destruction of property, looting, arson, and assault.

4. My primary duty while deployed to Portland is to assist in the protection of federal buildings and persons therein in accordance with 40 U.S.C. § 1315. I have typically been on duty each evening into the early morning from 4:00 pm to around 5:00 am seven days a week. As part of my duties in Portland, I serve as the Long-Range Audible Device (LRAD) operator.

5. I have personally experienced or observed the following incidents while on duty:

    a. During the late night hours of Saturday, July 25, 2020 into the early morning of Sunday, July 26, 2020, while standing behind the security fence with other federal officers on the southwest side of the Mark O. Hatfield Federal Courthouse, a female walked up and down the fence line shining a high-intensity strobe light into my eyes as well as the eye of other officers. The strobe light caused me to become temporarily blinded, which prevented me from being able to defend myself from flying objects being launched from outside of the fence. While I was attempting to force the woman shining the strobe light to move away from the fence, an individual with press marking on his clothing shielded her from me, while recording me with his cell phone video camera. I choose not to engage the individual shielding the woman with the strobe light due to his press marking even though he appeared to just be a member of the group that was engaged in the disruptive behavior;

    b. Later that same morning (July 26th) after the security fence was torn down, I and other federal officers moved north out into the Lownsdale Square Park towards 4th Avenue and Salmon Street. A group of approximate 200 people were gathered along 4th Avenue launching commercial-grade fireworks out of mortar tubes towards us. Within the crowd, I observed a male with clearly identifiable white lettering with the word press in all capital letters on a black tactical style vest throw a hard object toward us and then run north up 4th Avenue. While he was running north, I observed him remove the vest and mixed in with rest of the crowd. I was unable to locate him, and he was lost in the crowd; and

---

[1] I am uncomfortable disclosing my name in this Declaration because I am concerned about a doxing attack, where my name could be used by individuals with malicious intent to find personal information about me, such as my home address and the identities of my family members. I am willing to disclose my name to the Court provided the information is kept under seal.

1

    c. Late Sunday night (July 26th) into early Monday morning (July 27th) a gathering was declared an unlawful assembly and a group of people started a fire. I, along with other officers, went out into Lownsdale Square Park to control the fire and move the crowd back away for the Hatfield Courthouse. On the west side of the corner of 4th Avenue and Main Street, individuals claiming to be press were pointing their cell-phone with the camera lights on at our eyes. Many of the individuals claimed verbally to be members of the press but were not wearing any press markings or holding anything other than a cell phone. Others were wearing duct tape with hand-written press markings and a few were wearing professional looking press markings. Because we were unable to determine whether any of the individuals were in fact members of the press, we allowed the entire group to remain in the area after it was cleared.

6. While deployed to Portland in support of Operation Diligent Valor I have received numerous injuries to include:

    a. Being struck by heavy objects, one of which injured my right shoulder;

    b. Being struck by two active tear gas canisters in both legs during the late evening or early morning of July 25th or 26th. I still have a hematoma on right shin and a contusion on my left shin;

    c. Having commercial fireworks launched from mortar tubes land within feet of me, resulting in concussive blasts to my back and legs as well as temporary hearing loss; and

    d. Having lasers pointed at my eyes repeatedly by individuals who simply raise their hands from within a crowd and point the lasers. The lasers caused temporary blindness and obstructed my vision, which prevented me from protecting myself from flying objects.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                          Dated: July 29, 2020



                                          (FPS Badge No. 824)