ETHAN P. DAVIS
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
DAVID M. MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
JOSHUA E. GARDNER (D.C. Bar #478049)
Special Counsel
ANDREW I. WARDEN
Senior Trial Counsel
JEFFREY A. HALL
JORDAN L. VON BOKERN
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 305-7919
Fax:   (202) 616-8460

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS, LLC, *et al.*,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>　　　　Defendants. | Case No. 3:20-cv-1035-SI<br><br>**NOTICE OF APPEARANCE OF JOSHUA E. GARDNER** |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JOSHUA E. GARDNER, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of Defendants U.S. Department of Homeland Security and U.S. Marshals Service in this action

Dated:  August 7, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/Joshua E. Gardner*
JOSHUA E. GARDNER
(D.C. Bar #478049)
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel.:  (202) 305-7583
Fax:  (202) 616-8470
Email: joshua.e.gardner@usdoj.gov

ANDREW I. WARDEN
Senior Trial Counsel

JEFFREY A. HALL
JORDAN L. VON BOKERN
KERI L. BERMAN
Trial Attorneys

*Attorneys for Defendants*

NOTICE OF APPEARANCE - 1