**Matthew Borden**, admitted *pro hac vice*
borden@braunhagey.com
**J. Noah Hagey**, admitted *pro hac vice*
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, admitted *pro hac vice*
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>**CITY OF PORTLAND**, a municipal corporation; **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. MARSHALS SERVICE**,<br><br>            Defendants. | Case No. 3:20-cv-1035-SI<br><br>**PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT STIPULATION REGARDING PRELIMINARY INJUNCTION HEARING** |

PAGE 1 –   PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT STIPULATION
            REGARDING PRELIMINARY INJUNCTION HEARING

Plaintiffs and defendants U.S. Department of Homeland Security and U.S. Marshals Service ("the federal defendants") hereby jointly stipulate that the preliminary injunction hearing (by telephone) set for August 18, 2020, at 10:00 a.m., will not include the presentation of live witness testimony.

Dated: August 9, 2020    By: _____
Matthew Borden, *pro hac vice*
J. Noah Hagey, *pro hac vice*
Athul K. Acharya, OSB No. 152436
Gunnar K. Martz, *pro hac vice*
BRAUNHAGEY & BORDEN LLP

Kelly K. Simon, OSB No. 154213
ACLU FOUNDATION OF OREGON

*Attorneys for Plaintiffs*

Dated: August 9, 2020    By: /s/ Jordan L. Von Bokern
Jordan L. Von Bokern
Trial Attorney
U.S. Department of Justice
Civil Division, Federal
Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 305-7919
Fax:   (202) 616-8460

*Attorneys for Federal Defendants*

PAGE 2 –   PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT STIPULATION
REGARDING PRELIMINARY INJUNCTION HEARING