UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS, LLC, *et al.*,<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-1035-SI<br><br>ORDER |

**ORDER**

This matter comes before the Court on *Federal Defendants' Unopposed Motion to File Under Seal Documents Supplementing Federal Defendants' Opposition to a Preliminary Injunction* (Dkt. No.   ). Upon consideration of the Federal Defendants' Motion, and the entire record of this case, it is hereby

ORDERED that the Motion is GRANTED.

Other than the parties and counsel for the parties, only this Court and its staff may review, copy, photograph, and/or inspect the materials.

SO ORDERED.

*/s/ Michael H. Simon*
Hon. Michael H. Simon
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Oregon

Dated: August 13, 2020