**Matthew Borden**, admitted *pro hac vice*
borden@braunhagey.com
**J. Noah Hagey**, admitted *pro hac vice*
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, admitted *pro hac vice*
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>**CITY OF PORTLAND**, a municipal corporation; **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. MARSHALS SERVICE**,<br><br>        Defendants. | Case No. 3:20-cv-1035-SI<br><br>**NOTICE OF FILING OF DVD** |

NOTICE OF FILING OF DVD

# Notice of Filing of DVD

| Docket Number | Paragraph | File name | URL |
|---|---|---|---|
| Dkt. 9 | 6 | Brown Decl., Dkt. 9 para 6.mp4 | https://twitter.com/dougbrown8/status/1025870333671223296 |
| Dkt. 9 | 20 | Brown Decl., Dkt. 9 para 20.mp4 | https://www.youtube.com/watch?v=_sHFLb0ed-Q |
| Dkt. 9 | 12 | Brown Decl., Dkt. 9 para 12.mp4 | https://www.youtube.com/watch?v=saEEDAyf_9E&feature=youtu.be |
| Dkt. 14 | 9 | Millsap Decl., Dkt. 14 para 9.mp4 | https://youtu.be/GlVbwkwuSh4 |
| Dkt. 14 | 4 | Millsap Decl., Dkt. 14 para 4.mp4 | https://youtu.be/rntjz-RTFmM?t=21 |
| Dkt. 15 | 9 | Olmos Decl., Dkt. 15 para 9 (video 1).mp4 | https://twitter.com/MrOlmos/status/1269184050314407936 |
| Dkt. 15 | 9 | Olmos Decl., Dkt. 15 para 9 (video 2).mp4 | https://twitter.com/MrOlmos/status/1269226525020184577 |
| Dkt. 22 | 7 | Milan Tracy Decl., Dkt. 22 para 7 (video 1).mp4 | https://twitter.com/AlexMilanTracy/status/1268120823669256192 |
| Dkt. 22 | 7 | Milan Tracy Decl., Dkt. 22 para 7 (video 2).mp4 | https://twitter.com/AlexMilanTracy/status/1268124731024130049 |
| Dkt. 22 | 8 | Milan Tracy Decl., Dkt. 22 para 8.mp4 | https://twitter.com/AlexMilanTracy/status/1269577129265524736 |
| Dkt. 22 | 9 | Milan Tracy Decl., Dkt. 22 para 9.mp4 | https://twitter.com/AlexMilanTracy/status/1269915899131117568 |
| Dkt. 22 | 10 | Milan Tracy Decl., Dkt. 22 para 10.mp4 | https://twitter.com/AlexMilanTracy/status/1269928231148244992 |
| Dkt. 22 | 12 | Milan Tracy Decl., Dkt. 22 para 12.mp4 | https://twitter.com/AlexMilanTracy/status/1272805156225048578 |
| Dkt. 28 | 8 | Suppl. Milan Tracy Decl., Dkt. 28 para 8.mp4 | https://twitter.com/AlexMilanTracy/status/1278239345065877504 |
| Dkt. 28 | 9 | Suppl. Milan Tracy Decl., Dkt. 28 para 9.mp4 | https://twitter.com/AlexMilanTracy/status/1278256810516819968 |
| Dkt. 28 | 11 | Suppl. Milan Tracy Decl., Dkt. 28 para 11.mp4 | https://twitter.com/Human42LM/status/1278207589151473667 |
| Dkt. 28 | 12 | Suppl. Milan Tracy Decl., Dkt. 28 para 12.mp4 | https://twitter.com/mayorofbabytown/status/1278240587095785472 |
| Dkt. 28 | 10 | Suppl. Milan Tracy Decl., Dkt. 28 para 10.mp4 | https://twitter.com/therealcoryelia/status/1278210455652061184 |

| | | | |
|---|---|---|---|
| Dkt. 43 | 6, n.1 | Davis Decl., Dkt. 43 para 6.mp4 | https://twitter.com/hungrybowtie/status/1282171750751465472 |
| Dkt. 43 | 8 | Davis Decl., Dkt. 43 para 8.mp4 | https://twitter.com/hungrybowtie/status/1282172085725327362 |
| Dkt. 43 | 9 | Davis Decl., Dkt. 43 para 9.mp4 | https://twitter.com/hungrybowtie/status/1282176328305762307 |
| Dkt. 43 | 10 | Davis Decl., Dkt. 43 para 10.mp4 | https://twitter.com/hungrybowtie/status/1282193909716672512 |
| Dkt. 43 | 12, n.5 | Davis Decl., Dkt. 43 para 12, n.5.mp4 | https://twitter.com/hungrybowtie/status/1282211999829471232 |
| Dkt. 43 | 12, n.6 | Davis Decl., Dkt. 43 para 12, n.6.mp4 | https://twitter.com/hungrybowtie/status/1282217421739225088 |
| Dkt. 43 | 13 | Davis Decl., Dkt. 43 para 13.mp4 | https://twitter.com/hungrybowtie/status/1282218575093096448 |
| Dkt. 43 | 15, n.8 | Davis Decl., Dkt. 43 para 15, n.8.mp4 | https://twitter.com/hungrybowtie/status/1282235562414333952 |
| Dkt. 43 | 15, n.9 | Davis Decl., Dkt. 43 para 15, n.9.mp4 | https://twitter.com/hungrybowtie/status/1282246957256212481 |
| Dkt. 43 | 15, n.10, n.12 | Davis Decl., Dkt. 43 para 15, n.10, n.12.mp4 | https://twitter.com/hungrybowtie/status/1282241815022714880 |
| Dkt. 43 | 16 | Davis Decl., Dkt. 43 para 16.mp4 | https://twitter.com/hungrybowtie/status/1282243410884096000 |
| Dkt. 43 | 19, 20 | Davis Decl., Dkt. 43 para 19, 20.mp4 | https://twitter.com/hungrybowtie/status/1282245055680401408 |
| Dkt. 43 | 21 | Davis Decl., Dkt. 43 para 21.mp4 | https://twitter.com/hungrybowtie/status/1282247518592495616 |
| Dkt. 43 | 22 | Davis Decl., Dkt. 43 para 22.mp4 | https://twitter.com/hungrybowtie/status/1282248189580476416 |
| Dkt. 43 | 23, n.17 | Davis Decl., Dkt. 43 para 23, n.17.mp4 | https://twitter.com/hungrybowtie/status/1282248703311413249 |
| Dkt. 43 | 23, n.18 | Davis Decl., Dkt. 43 para 23, n.18.mp4 | https://twitter.com/hungrybowtie/status/1282249377554116608 |
| Dkt. 44 | 5 | Lewis Rolland Decl., Dkt. 44 para 5.mp4 | https://www.facebook.com/MathieuLewisRolland/videos/10218671503762415/ |
| Dkt. 55 | 11, 13 | Brown Decl., Dkt. 55 para 11.mp4 | https://www.youtube.com/watch?v=euYu1n4sPx0&feature=youtu.be&t=895 |
| Dkt. 60 | 6 | Milan Tracy Decl., Dkt. 60 para 6.mp4 | https://twitter.com/AlexMilanTracy/status/1285112506030022656 |
| Dkt. 60 | 7 | Milan Tracy Decl., Dkt. 60 para 7.mp4 | https://twitter.com/SmileItsNathan/status/1285106514374594560 |
| Dkt. 64 | 8 | Johnson Decl., Dkt. 64 para 8.mp4 | https://twitter.com/FancyJenkins/status/1285109644021526529 |
| Dkt. 73 | 4 | Bivins Decl., Dkt. 73 para 4.mp4 | https://twitter.com/itsmikebivins/status/1285480935098667008 |
| Dkt. 74 | 8 | Suppl. Milan Tracy Decl., Dkt. 74 para 8.mp4 | https://twitter.com/AlexMilanTracy/status/1285858616965165059 |
| Dkt. 77 | 10 | Lewis Rolland Decl., Dkt. 77 para 10.mp4 | https://www.facebook.com/story.php?story_fbid=10218746255271156&id=134292 9165 |
| Dkt. 78 | 9 | Binford Ross Decl., Dkt. 78 para 9.mp4 | https://twitter.com/childrightsprof/status/1284558309744242690?s=20 |

PAGE 2 -  NOTICE OF FILING OF DVD

| Dkt. | Para | File | Link |
|---|---|---|---|
| Dkt. 78 | 15 | Binford Ross Decl., Dkt. 78 para 15.mp4 | https://twitter.com/childrightsprof/status/1285302066718535682?s=20 |
| Dkt. 78 | 21 | Binford Ross Decl., Dkt. 78 para 21.mp4 | https://twitter.com/Clypian/status/1285841361120288771 |
| Dkt. 78 | 19 | Binford Ross Decl., Dkt. 78 para 19.mp4 | https://www.facebook.com/wendiwarren.binford/videos/10221706522752856 |
| Dkt. 87 | 13 | Conley Decl., Dkt. 87 para 13.mp4 | https://twitter.com/BaghdadBrian/status/1287520893078368257 |
| Dkt. 87 | 15 | Conley Decl., Dkt. 87 para 15.mp4 | https://twitter.com/BaghdadBrian/status/1287520895406202880 |
| Dkt. 87 | 21 | Conley Decl., Dkt. 87 para 21.mp4 | https://twitter.com/baghdadbrian/status/1288067667841056768 |
| Dkt. 87 | 8, 10 | Conley Decl., Dkt. 87 para 8.mp4 | https://www.youtube.com/watch?v=VMI5UXYXmDg&feature=youtu.be&t=154 |
| Dkt. 88 | 4 | Ellis Decl., Dkt. 88 para 4.MOV | https://twitter.com/Rjaellis/status/1286578718693978113 |
| Dkt. 88 | 5 | Ellis Decl., Dkt. 88 para 5.mp4 | https://twitter.com/Rjaellis/status/1286581690626748416 |
| Dkt. 90 | 4 | Grinnell Decl., Dkt. 90 para 4.mp4 | https://twitter.com/psuvanguard/status/1287317488527486976 |
| Dkt. 90 | 6 | Grinnell Decl., Dkt. 90 para 6.mp4 | https://twitter.com/psuvanguard/status/1287690542415929345 |
| Dkt. 91 | 7 | Hollis Decl., Dkt. 91 para 7.mp4 | https://www.youtube.com/watch?v=8Ypr-1mpz04&feature=youtu.be |
| Dkt. 92 | 4 | Knivila Decl., Dkt. 92 para 4.mp4 | https://www.youtube.com/watch?v=dZaL2URskcs&feature=youtu.be |
| Dkt. 94 | 9 | Mahoney Decl., Dkt. 94 para 9.mp4 | https://www.youtube.com/watch?v=SidMx4I_kCk&feature=youtu.be |
| Dkt. 95 | 3 | Nicholson Decl., Dkt. 95 para 3.mp4 | https://www.youtube.com/watch?v=w04kNKtsoCQ&feature=youtu.be |
| Dkt. 115 | 8 | Conley Decl., Dkt. 115 para 8.mp4 | https://twitter.com/BaghdadBrian/status/1288940868028600320 |
| Dkt. 117 | 5 | Katz Decl., Dkt. 117 para 5.mp4 | https://www.youtube.com/watch?v=kznL9wTUpAo&feature=youtu.be |
| Dkt. 117 | 11 | Katz Decl., Dkt. 117 para 11.mp4 | https://www.youtube.com/watch?v=pyMJZ_TGClI&feature=youtu.be |
| Dkt. 118 | 8 | Molli Decl., Dkt. 118 para 8.mp4 | https://www.youtube.com/watch?v=MBjs31QcItQ&feature=youtu.be |
| Dkt. 118 | 10 | Molli Decl., Dkt. 118 para 10.mp4 | https://www.youtube.com/watch?v=rf7xnXEde9I&feature=youtu.be |
| Dkt. 124 | 7 | Acharya Decl., Dkt. 124 para 7.mp4 | https://www.youtube.com/watch?v=1vcM5KMAwkY&feature=youtu.be |

Dated: August 18, 2020

Respectfully submitted,

By: /s/ *Athul K. Acharya*
Athul K. Acharya, OSB No. 152436
Matthew Borden, *pro hac vice* pending
J. Noah Hagey, *pro hac vice* pending
Gunnar K. Martz, *pro hac vice* pending
BRAUNHAGEY & BORDEN LLP

Kelly K. Simon, OSB No. 154213
ACLU FOUNDATION OF OREGON

*Attorneys for Plaintiffs*