ETHAN P. DAVIS
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
DAVID M. MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
JEFFREY A. HALL
JORDAN L. VON BOKERN (DC 1032962)
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-7919
Fax:   (202) 616-8460

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS, LLC, *et al.*,<br><br>　　　　　Plaintiffs.<br><br>　　　v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-cv-1035-SI<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL DOCUMENT SUPPLEMENTING FEDERAL DEFENDANTS' PROPOSAL ON UNIFORM MARKINGS** |

MOTION TO FILE UNDER SEAL – 1

### L.R. 7-1 Certification

Federal Defendants conferred on this Motion with counsel for the other parties, and they do not oppose this Motion.

### MOTION TO FILE UNDER SEAL

Federal Defendants submit this motion to file one exhibit to Federal Defendants' Proposal on Uniform Markings under seal after the Court conducts an *in camera* review.

This Court ordered the parties to "confer regarding how the Federal Defendants can place unique identifying markings (using numbers and/or letters) on the uniforms and/or helmets of the officers and agents of the Federal Defendants who are specially deployed to Portland so that they can be identified at a reasonable distance and without unreasonably interfering with the needs of these personnel." ECF No. 157 at 60. Because the parties were unable to "reach agreement within 14 days," Federal Defendants now "submit [their] own proposal." *Id.* Federal Defendants have attached, as an exhibit to that filing, a declaration in support of that document, in which the federal law enforcement officer declarant is identified only as CBP SOG-1.

Federal Defendants seek to file versions of that declaration with the officer's name and signature, as Exhibit 2, under seal after the Court reviews it *in camera*. Previously, this Court granted similar motions to file documents under seal containing the names of federal law enforcement officers given the potential threats to such officers if their names (and by extension, their other personal information) were disclosed. ECF Nos. 103, 104. Similarly, this Court entered a stipulated protective order recognizing that the personally identifiable information of federal law enforcement officers should be protected because release of the names "could endanger the privacy and safety of such officers." ECF No. 131 at 2-3.

For the same reasons, Federal Defendants respectfully request that the Court issue an order permitting the filing under seal of Exhibit 2.

Dated: September 3, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

ANDREW I. WARDEN
Senior Trial Counsel

/s/ Jordan L. Von Bokern
JORDAN L. VON BOKERN (DC 1032962)
JEFFREY A. HALL
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-7919
Fax:   (202) 616-8460

*Attorneys for Defendants*