**FILED**

SEP 8 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDEX NEWSPAPERS LLC, DBA Portland Mercury; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES MARSHALS SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants-Appellants, <br><br> and <br><br> CITY OF PORTLAND, a municipal corporation; et al., <br><br> Defendants. | No.   20-35739 <br><br> D.C. No. 3:20-cv-01035-SI <br> District of Oregon, <br> Portland <br><br> ORDER |

Before:  O'SCANNLAIN, RAWLINSON, and CHRISTEN, Circuit Judges.

The court has received appellants' emergency motion to stay the district court's August 20, 2020 order at Docket Entry No. 7, and the response and reply thereto.

The court will hold virtual oral argument on the emergency motion at 2:00 p.m. Pacific Time on Thursday, September 17, 2020.  Each side is allotted 20 minutes for argument.