NAOMI SHEFFIELD, OSB #170601
Deputy City Attorney
naomi.sheffield@portlandoregon.gov
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
YOUNGWOO JOH, OSB #164105
Assistant Deputy City Attorney
youngwoo.joh@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
        *Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC,** a Washington limited-liability company, dba **PORTLAND MERCURY; DOUG BROWN; BRIAN CONLEY; SAM GEHRKE; MATHIEU LEWIS-ROLLAND; KAT MAHONEY; SERGIO OLMOS; JOHN RUDOFF; ALEX MILAN TRACY; TUCK WOODSTOCK; JUSTIN YAU;** and those similarly situated, | 3:20-cv-1035-SI <br><br> **STIPULATED PROTECTIVE ORDER** |

      Plaintiffs**,**

    v.

**CITY OF PORTLAND,** a municipal corporation; **JOHN DOES 1-60,** officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY;** and **U.S. MARSHALS SERVICE,**

      Defendants**.**

Page  1  –    STIPULATED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c)(1) and (2), it is hereby stipulated and agreed by and between the respective parties hereto by their counsel of record the following:

1.      Any video or digital recording of the deposition of any Plaintiff or Defendant, or any officer, agent, employee or former employee of Defendant City of Portland, shall be used only for purposes of this litigation.

2.      No person shall disseminate the video or digital recording of a deposition to anyone not listed as an attorney of record, their legal assistants and support staff, or experts retained in this litigation.  However, the parties agree that named Plaintiffs and named Defendants and deponents may view the video or digital recordings of depositions.

3.      To the extent a video or digital recording of a deposition includes material designated for protection under the terms of the stipulated protective order previously entered in this matter (Dkt. 180) or any other similar order, such recording or portion thereof shall be filed under seal if used prior to trial.  Such recordings need not be filed under seal if they do not contain material designated for protection under the terms of the stipulated protective order (Dkt. 180).  The use of any video or digital recording of a deposition at or after trial shall be subject to further order of the court, but the party seeking to limit public access at trial shall bear the burden of justifying such limitation.

/ / /

/ / /

/ / /

/ / /

/ / /

Page  2  –    STIPULATED PROTECTIVE ORDER

4.      This Stipulated Protective Order shall remain in effect until agreed otherwise by written stipulation signed by counsel for the parties hereto and filed herein, or until modified or terminated by order of this Court upon good cause being shown.

IT IS SO STIPULATED:

*/s/Athul K. Acharya*                                          Dated:  September 23, 2020
Matthew Borden | J. Noah Hagey
Athul K. Acharya | Gunnar K. Martz
*Attorneys for Plaintiffs*

*/s/ Naomi Sheffield*                                          Dated:  September 23, 2020
Denis Vannier | Naomi Sheffield
Ryan C. Bailey | YoungWoo Joh
*Attorneys for Defendant City of Portland*

**THIS STIPULATED PROTECTIVE ORDER IS HEREBY APPROVED**.

DATED:  September __, 2020.


_____
Hon. Michael H. Simon

Page  3  –     STIPULATED PROTECTIVE ORDER