FILED

SEP 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDEX NEWSPAPERS LLC, DBA Portland Mercury; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES MARSHALS SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants-Appellants, <br><br> and <br><br> CITY OF PORTLAND, a municipal corporation; et al., <br><br> Defendants. | No.   20-35739 <br><br> D.C. No. 3:20-cv-01035-SI <br> District of Oregon, <br> Portland <br><br> ORDER |

Before:  O'SCANNLAIN, RAWLINSON, and CHRISTEN, Circuit Judges.

We have received the motions for leave to proceed as amici in opposition to the pending motion to stay the district court's August 20, 2020 order.  The motions to proceed as amici are granted (Docket Entry Nos. 16 and 18).

The motion to stay the district court's August 20, 2020 order will be addressed separately.

We sua sponte extend the briefing schedule for this appeal.   The opening brief and excerpts of record are due October 14, 2020.  The answering brief is due

November 16, 2020. The optional reply brief is due 21 days after service of the answering brief.