JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
JOSHUA E. GARDNER
Special Counsel
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
JEFFREY A. HALL
JORDAN L. VON BOKERN (DC 1032962)
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 305-7919
Fax:   (202) 616-8460

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS, LLC, *et al.*,<br><br>    Plaintiffs.<br><br>    v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-1035-SI<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME,** *NUNC PRO TUNC***, IN WHICH TO FILE A REPLY BRIEF IN SUPPORT OF FEDERAL DEFEDANTS' MOTION TO DISMISS AND STAY DISCOVERY** |

FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION – 1

Defendants U.S. Marshals Service and U.S. Department of Homeland Security ("Federal Defendants") respectfully move for an extension of time, *nunc pro tunc*, in which to file their reply brief in support of their Motion To Dismiss Under Rules 12(b)(1) and 12(b)(6) and To Stay Discovery, ECF No. 181. Federal Defendants certify that their counsel has conferred in good faith with counsel for Plaintiffs, and Plaintiffs consent to this relief. In support of this motion, Federal Defendants submit the following:

1. On September 21, 2020, Federal Defendants filed their Motion To Dismiss Under Rules 12(b)(1) and 12(b)(6) and To Stay Discovery, ECF No. 181.

2. The parties stipulated on October 2 to extend Plaintiffs' response deadline by fourteen days to October 19, which would move Federal Defendants' reply deadline to November 2. ECF No. 189. This Court granted that joint stipulation. ECF No. 190.

3. On September 23, undersigned counsel began a temporary non-litigation detail to another division in the Department of Justice, and did not return to his full-time duties at the Civil Division until Monday, November 2. As a result of that personnel shift within the litigation team, and as a result of pressing litigation both related and unrelated to this case among members of the case team, undersigned counsel inadvertently failed to file a reply brief in support of Federal Defendant's motion by November 2. Undersigned counsel regrets the error, which was inadvertent and not for any purpose of delay or advantage.

4. Accordingly, undersigned counsel respectfully requests a *nunc pro tunc* extension of time, until November 6, to file a reply in support of the motion.

For these reasons, Federal Defendants respectfully request that this Court grant their motion and permit the *nunc pro tunc* filing of a reply brief no later than November 6, 2020.

FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION – 2

Dated:  November 4, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

ANDREW I. WARDEN
Senior Trial Counsel

JEFFREY A. HALL
*/s/ Jordan L. Von Bokern*
JORDAN L. VON BOKERN (DC 1032962)
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 305-7919
Fax:    (202) 616-8460

*Attorneys for Defendants*