FILED

FEB 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDEX NEWSPAPERS LLC, DBA Portland Mercury; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES MARSHALS SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants-Appellants, <br><br> and <br><br> CITY OF PORTLAND, a municipal corporation; et al., <br><br> Defendants. | No. 20-35739 <br><br> D.C. No. 3:20-cv-01035-SI District of Oregon, Portland <br><br> ORDER |

Appellants' unopposed motion to hold the appeal in abeyance (Docket Entry 73) is GRANTED. This case is removed from the March 3, 2021 argument calendar in Portland, Oregon. The government shall file a status report by March 15, 2021 and at every 30-day intervals. The clerk shall administratively close this case pending further court order.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7