**Matthew Borden**, admitted *pro hac vice*
borden@braunhagey.com
**J. Noah Hagey**, admitted *pro hac vice*
hagey@braunhagey.com
**Athul K. Acharya**, OSB No. 152436
acharya@braunhagey.com
**Gunnar K. Martz**, admitted *pro hac vice*
martz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210

**Kelly K. Simon**, OSB No. 154213
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
P.O. Box 40585
Portland, OR 97240
Telephone: (503) 227-6928

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**INDEX NEWSPAPERS LLC**, a Washington limited-liability company, dba **PORTLAND MERCURY**; **DOUG BROWN**; **BRIAN CONLEY**; **SAM GEHRKE**; **MATHIEU LEWIS-ROLLAND**; **KAT MAHONEY**; **SERGIO OLMOS**; **JOHN RUDOFF**; **ALEX MILAN TRACY**; **TUCK WOODSTOCK**; **JUSTIN YAU**; and those similarly situated,

Plaintiffs,

v.

**CITY OF PORTLAND**, a municipal corporation; **JOHN DOES 1-60**, officers of Portland Police Bureau and other agencies working in concert; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **U.S. MARSHALS SERVICE**,

Defendants.

Case No. 3:20-cv-1035-SI

**JOINT STIPULATION TO DISMISS PLAINTIFF SAM GEHRKE'S CLAIMS AGAINST ALL DEFENDANTS**

Plaintiffs Index Newspapers LLC ("Portland Mercury"), Doug Brown, Brian Conley, Sam Gehrke, Mathieu Lewis-Rolland, Kat Mahoney, Sergio Olmos, John Rudoff, Alex Milan Tracy, Tuck Woodstock, and Justin Yau, and Defendants City of Portland, U.S. Department of Homeland Security, and U.S. Marshals Service, hereby stipulate that Plaintiff Sam Gehrke's claims against all defendants be dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation shall not affect the claims of any other plaintiff.

Dated: February 24, 2021

Respectfully submitted,

By: /s/ *Matthew Borden*
      Matthew Borden

BRAUNHAGEY & BORDEN LLP

*Attorneys for Plaintiffs*

Dated: February 24, 2021

Respectfully submitted,

By: /s/ *Naomi Sheffield*
      Naomi Sheffield

PORTLAND OFFICE OF THE CITY ATTORNEY

*Attorneys for Defendant City of Portland*

Dated: February 24, 2021

Respectfully submitted,

By: /s/ *Jordan L. Van Bokern*
      Jordan L. Van Bokern

U.S. DEPARTMENT OF JUSTICE

*Attorneys for Defendants U.S. Department of Homeland Security and U.S. Marshals Service*