Duane A. Bosworth, OSB #825077
Chris Swift, OSB #154291
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
duanebosworth@dwt.com
chrisswift@dwt.com
*Counsel of Record for Amici*

*Katie Townsend
*Gabe Rottman
*Adam A. Marshall
THE REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
ktownsend@rcfp.org
grottman@rcfp.org
amarshall@rcfp.org
*Of counsel for Amici*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC**, et al.,<br><br>      Plaintiffs,<br><br>    **v.**<br><br>**CITY OF PORTLAND**, et al.,<br><br>      Defendants | Case No. 3:20-cv-1035-SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL
4856-8063-7702v.1 0200190-000029

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201
(503) 241-2300 main · (503) 778-5299 fax

PLEASE TAKE NOTICE that Chris Swift of Davis Wright Tremaine LLP is substituted in place of Duane A. Bosworth of Davis Wright Tremaine LLP, as counsel of record for *Amici Curiae* Freedom of the Press, Eugene Weekly, Gales Creek Journal, KPTV-KPDX Broadcasting Corporation, Malheur Enterprise, News-Register Publishing Co., Oregon Association of Broadcasters, Oregon Newspaper Publishers Association, Oregon Public Broadcasting, The Oregonian, Pamplin Media Group, Portland Business Journal, Reuters News & Media Inc., Salem Reporter, Society of Professional Journalists Oregon Territory Chapter, TEGNA Inc. / KGW-TV (Portland), and Underscore.news (collectively, the "News Media Amici"). Please direct all communications and service of pleadings to Mr. Swift at the contact information shown below.

Dated: December 29, 2021

Respectfully submitted,

/s/ Chris Swift
Duane A. Bosworth, OSB #825077
Chris Swift, OSB #154291
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
duanebosworth@dwt.com
chrisswift@dwt.com
*Counsel of Record for Amici*

*Katie Townsend
*Gabe Rottman
*Adam A. Marshall
THE REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
ktownsend@rcfp.org
grottman@rcfp.org
amarshall@rcfp.org
*Of counsel for Amici*

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL
4856-8063-7702v.1 0200190-000029

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201
(503) 241-2300 main · (503) 778-5299 fax