|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 26 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

INDEX NEWSPAPERS LLC, DBA Portland Mercury; et al.,

        Plaintiffs-Appellees,

 v.

UNITED STATES MARSHALS SERVICE; U.S. DEPARTMENT OF HOMELAND SECURITY,

        Defendants-Appellants,

 and

CITY OF PORTLAND, a municipal corporation; et al.,

        Defendants.

No.  20-35739

D.C. No. 3:20-cv-01035-SI
District of Oregon,
Portland

ORDER

The unopposed motion to dismiss and remand in light of the district court's indicative ruling (Docket Entry No. 90) is construed as a motion for a limited remand and granted. *See* Fed. R. App. P. 12.1(b).

This appeal is remanded to the district court for the limited purpose of enabling the district court to consider appellants' request to dissolve the preliminary injunction.

AC/MOATT

2

Within 60 days after the date of this order or within 7 days after the district court's ruling on the motion, whichever occurs first, appellants shall file a report on the status of district court proceedings and/or a motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7