BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
MICHAEL P. CLENDENEN (DC 1660091)
JASON LYNCH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 353-0693
Fax:    (202) 616-8460

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS, LLC, *et al.*,<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-1035-SI<br><br>**FEDERAL DEFENDANTS'**<br>**RESPONSE TO NOTICE OF**<br>**SUPPLEMENTAL AUTHORITY** |

Defendants the Department of Homeland Security ("DHS") and the United States Marshals

Service ("USMS") respectfully submit this response to Plaintiffs' notice of supplemental authority.

*See* ECF No. 269. Plaintiffs' notice refers the Court to the recent Supreme Court decision in *West*

*Virginia v. EPA*, No. 20-1530 (U.S. June 30, 2022). Plaintiffs suggest that *West Virginia* addressed

situations in which "the case was mooted by changed circumstances." ECF No. 269, at 1.

1 – RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

However, the Court stated that "[t]he only conceivable basis for a finding of mootness in th[e] case is [the respondent's] voluntary conduct." *West Virginia*, Slip Op. at 15 (alterations in original) (quoting *Friends of the Earth, Inc. v. Laidlaw Envt'l Servs. (TOC), Inc.*, 528 U.S. 167, 189 (2000)). The Court therefore did not address situations in which "the changed circumstances . . . are not simply a voluntary cessation of conduct by Defendants in response to the same circumstances, [but rather] changed circumstances outside the control of Defendants, including significantly fewer and more sporadic protests with fewer participants." *See Wolfe v. City of Portland*, 566 F. Supp. 3d 1069, 1082 (D. Or. 2021) (citing *Wise v. City of Portland*, 539 F. Supp. 3d 1132, 1147–48 (D. Or. 2021).

Dated:  July 6, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN (DC 1660091)
JASON LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-0693
Fax: (202) 616-8460
Email: michael.p.clendenen@usdoj.gov

*Attorneys for Defendants*

2 – RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY