DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
Denis.Vannier@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Senior Deputy City Attorney
Naomi.Sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| INDEX NEWSPAPERS LLC, a Washington limited-liability company, dba **PORTLAND MERCURY; DOUG BROWN; BRIAN CONLEY; MATHIEU LEWIS-ROLLAND; KAT MAHONEY; SERGIO OLMOS; JOHN RUDOFF; ALEX MILAN TRACY; TUCK WOODSTOCK; JUSTIN YAU;** and those similarly situated, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>**CITY OF PORTLAND,** a municipal corporation; **JOHN DOES 1-60,** officers of Portland Police Bureau and other agencies working in concert; and **JOHN DOES 61-200, federal agents,** <br><br>　　　　　Defendants. | Case No. 3:20-cv-1035-SI <br><br> SUPPLEMENTAL DECLARATION OF MICHAEL K. PORTER <br><br>(In Support of Defendant City of Portland's FRCP 12(b)(1) and 12(b)(6) Partial Motion to Dismiss) |

I, Michael K. Porter, declare as follows:

1. I am a Deputy City Attorney for the City of Portland and am one of the attorneys assigned to the Portland Police Bureau.

2. I make this Declaration in support of Defendant City of Portland's Partial Motion to Dismiss.

3. Attached to this declaration as Exhibit 1 is a true and correct copy of Portland Police Bureau Directive 635.10, Crowd Control/Crowd Management, which was in effect from August 30, 2017 through January 17, 2023.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of Portland Police Bureau Directive 635.10, Portland Police Bureau Response to Public Order Events, which became effective January 18, 2023.

5. Attached to this declaration as Exhibit 3 is a true and correct copy of Portland Police Bureau Directive 315.00, Laws, Rules, and Orders, which became effective May 15, 2020 and remains in effect.

6. On January 23, 2023, PPB began in-service training for all sworn officers related to crowd control. This training includes a two-hour training on legal requirements, including the changes reflected in the most recently revised version of PPB Directive 635.10.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 01/27/2023

Michael K. Porter

Page 2 – SUPPLEMENTAL DECLARATION OF MICHAEL K. PORTER