DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
Denis.Vannier@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Senior Deputy City Attorney
Naomi.Sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DOUG BROWN; BRIAN CONLEY; MATHIEU LEWIS-ROLLAND; KAT MAHONEY; SERGIO OLMOS; JOHN RUDOFF; ALEX MILAN TRACY; TUCK WOODSTOCK; JUSTIN YAU;** and those similarly situated, | Case No. 3:20-cv-1035-SI |
| Plaintiffs, | **STIPULATION RE: PRELIMINARY INJUNCTION** |
| v. | |
| **CITY OF PORTLAND,** a municipal corporation; **JOHN DOES 1-60,** officers of Portland Police Bureau and other agencies working in concert; and **JOHN DOES 61-200,** federal agents, | |
| Defendants. | |

In light of the Court's March 28, 2023 Order dismissing Plaintiffs' claims for a permanent injunction as moot (Dkt. #288), the parties stipulate that the Court should order that the Preliminary Injunction against the City of Portland (Dkt. #183) is dissolved.

So stipulated:

DATED: May 18, 2023

Respectfully submitted,

By: /s/ Denis M. Vannier
DENIS VANNIER, OSB #044406
Senior Deputy City Attorney
NAOMI SHEFFIELD, OSB #170601
Senior Deputy City Attorney

*Of Attorneys for Defendant City of Portland*

By: /s/ Matthew Borden
MATTHEW BORDEN, *pro hac vice*
BraunHagey & Borden LLP

Kelly K. Simon, OSB No. 154213
ACLU FOUNDATION OF OREGON

*Of Attorneys for Plaintiffs*

The Court hereby dissolves the Amended Stipulated Preliminary Injunction in this action.

**IT IS SO ORDERED.**

Dated: May 18, 2023

The Honorable Michael H. Simon

Page 1 – STIPULATION RE: PRELIMINARY INJUNCTION