DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Attorneys for Defendant City of Portland*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **INDEX NEWSPAPERS LLC,** a Washington limited-liability company, dba **PORTLAND MERCURY; DOUG BROWN; BRIAN CONLEY; MATHIEU LEWIS-ROLLAND; KAT MAHONEY; SERGIO OLMOS; JOHN RUDOFF; ALEX MILAN TRACY; TUCK WOODSTOCK; JUSTIN YAU;** and those similarly situated,<br><br>　　　　　Plaintiffs**,**<br><br>　　v.<br><br>**CITY OF PORTLAND,** a municipal corporation; **JOHN DOES 1-60,** officers of Portland Police Bureau and other agencies working in concert; and **JOHN DOES 61-200**, federal agents,<br><br>　　　　　Defendants**.** | **Case No. 3:20-cv-1035-SI**<br><br>**FOURTH JOINT STATUS REPORT** |

Page  1  –  FOURTH JOINT STATUS REPORT

Pursuant to this court's order of January 15, 2025, (Dkt. 310), the parties submit this joint status report to update this court on the status of the parties' intended settlement.

Following some unanticipated delays owing to the City of Portland's transition to a new form of government, the ordinance to accept the parties' proposed settlement agreement is currently scheduled to be considered by the Portland City Council on March 5, 2025. That ordinance has been introduced as an emergency ordinance, which would make it effective immediately upon passage. The parties therefore respectfully request leave to submit a joint status report on or before March 7, 2025, to update this court on the status of their intended settlement.

DATED: February 26, 2025

By: */s/ Denis M. Vannier*
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
NAOMI SHEFFIELD, OSB #170601
Chief Deputy City Attorney
*Of Attorneys for Defendant City of Portland*

By: */s/ Matthew Borden* [authorized signature]
Matthew Borden, *pro hac vice*
BRAUNHAGEY & BORDEN LLP
Kelly K. Simon, OSB No. 154213
ACLU FOUNDATION OF OREGON
*Of Attorneys for Plaintiffs*